IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PAUL ARTHUR STRICKLIN, JR., | ) |
| | ) Civil Action No. 7:23cv00085 |
| Plaintiff, | ) |
| | ) |
| v. | ) **MEMORANDUM OPINION** |
| | ) |
| SUPERINTENDENT YOUNG, *et al.*, | ) By:   Hon. Thomas T. Cullen |
| | )           United States District Judge |
| Defendants. | ) |

Plaintiff Paul Arthur Stricklin, Jr., proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. By conditional filing orders entered February 8 and 14, 2023, the court advised Stricklin that he must notify the court in writing immediately upon his transfer or release and must provide the court with his new address. (*See* ECF Nos. 3 & 5.) The court further advised Stricklin that failure to provide an updated address would result in dismissal of this action. (*Id.*)

On April 10, 2023, a notice mailed to Stricklin was returned to the court as undeliverable, indicating that Stricklin was no longer incarcerated at Middle River Regional Jail; no forwarding address was given. (*See* ECF No. 15.) To date, Stricklin has not provided the court with an updated address. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's order. The court notes that this dismissal is without prejudice to Stricklin's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

**ENTERED** this 24th day of April, 2023.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE